BEATRICE TRANTER v. SEFTON TRANTER.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

WILLIAM J. BRADLEY v. ROBERT H. MCCUTCHEON.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SUPERIOR LAMP MANUFACTURING COMPANY v. MAX ZEISLER. — Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JAMES L. BUNNELL v. ELVERTON R. CHAPMAN.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ARTHUR E. DORNIN, an Infant, etc., Appellant, v. WILLIAM C. DORNIN, JR., Individually and as Substituted Trustee, etc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Clarke, P. J., dissenting.

HENRY GRIEME, etc., Appellant, v. GROVE HILL REALTY COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

ABRAHAM ABRAMS, Appellant, v. ABRAHAM JALKOFF and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

AUGUSTA FRANK, Appellant, v. A. ALPHONSE FRANK and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

GEORGE W. JACOBS, Appellant, v. FANNIE JACOBS ROSENBAUM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

THE ADDER MACHINE COMPANY, Respondent, v. GERMAN FIRE INSURANCE COMPANY OF PEORIA, ILLINOIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

DOMINIQUE VECCHINI, Respondent, v. ADOLPH E. WUPPERMANN, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present—Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

CLARA NALIBOFF, Appellant, v. SAM ROTHBEIND and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.; Clarke, P. J., and Davis, J., dissented and voted to reinstate verdict.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOLLIE MOROSS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.